IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANTONIO BEASLEY, Individually and on
behalf of others similarly situated                                                          PLAINTIFF

V.                                             4:19-CV-00471-JM

MACUILS TIRE AND SERVICE CENTER, LLC
and SERGIO MACUIL                                                                      DEFENDANTS

## ORDER

Pursuant to the Plaintiff's status report, docket # 22, this case has settled. Further the Court has entered an order granting in part and denying in part Plaintiff's motion for attorneys' fees, docket # 30. For these reasons, the Clerk is directed to close the case.

IT IS SO ORDERED this 23rd day of August, 2022.

_____
James M. Moody Jr.
United States District Judge